STATE OF CONNECTICUT *v.* SOEUN KIM PIN

The defendant's petition for certification for appeal from the Appellate Court, 56 Conn. App. 549 (AC 18644), is denied.

*Judith M. Wildfeuer*, deputy assistant public defender, in support of the petition.

*Mitchell S. Brody*, assistant state's attorney, in opposition.

Decided March 22, 2000

---

IN RE FELICIA B. ET AL.

The intervenors petition for certification for appeal from the Appellate Court, 56 Conn. App. 525 (AC 19122), is denied.

*Michael J. Melly*, in support of the petition.

*Maureen D. Regula*, assistant attorney general, in opposition.

Decided March 22, 2000

---

ROBERT CARBONE *v.* LINDSAY THOMSON

The plaintiff's petition for certification for appeal from the Appellate Court, 56 Conn. App. 909 (AC 19166), is denied.

PALMER, J., did not participate in the consideration or decision of this petition.

*Steven L. Seligman*, in support of the petition.

*Thomas P. Chapman*, in opposition.

Decided March 22, 2000